# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 5, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148270(22)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 148270
                                        COA: 316330
                                        Wayne CC: 09-017549-FC

BRYAN MAURICE McGHEE,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 5, 2014



Clerk

d0825